IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOANN REESE | § § | CIVIL ACTION NO. 1:13-CV-00629 |
| VS. | § § | Judge Marcia A. Crone |
| SILSBEE OAKS HEALTH CARE, L.L.P. | § § § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Joanne Reese; defendant is Silsbee Oaks Healthcare, L.L.P.

2. On October 21, 2013, plaintiff sued defendant.

3. Defendant has been served with a notice of lawsuit and request for waiver of service of process but has not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans Street, Suite 500
Beaumont, TX 77701
409/835-3521
409/835-4194 (Fax)

By: _/s/ Kenneth W. Lewis_
Kenneth W. Lewis
Ken.L@bushlewis.com
Texas Bar #12295300
Stephen L. Townsend
Stephen.T@bushlewis.com
Texas Bar #24071539

ATTORNEYS FOR PLAINTIFF