| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOANN REESE, §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:13-CV-629
§
SILSBEE OAKS HEALTH CARE, LLP, §
§
      Defendant. §

## ORDER OF DISMISSAL

In accordance with Plaintiff Joann Reese's Notice of Voluntary Dismissal (#4), the above-styled case is dismissed without prejudice.

SIGNED at Beaumont, Texas, this 2nd day of January, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE